In the Matter of the Claim of GRAYDON A. COWLES, Respondent, against UNITED STATES RUBBER PRODUCTS, et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued October 6, 1938; decided October 25, 1938.

*James H. O'Connor* for appellants.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.